# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION



ROBERT DEWITT BAILEY, )
)
    Petitioner, ) CIVIL ACTION NO.: CV205-122
)
v. )
) (Case No.: CR298-53)
UNITED STATES OF AMERICA, )
)
    Respondent. )

## ORDER

Petitioner, an inmate at the Federal Correctional Institution in Estill, South Carolina, has filed an action under 28 U.S.C. § 2255 which the Court has reviewed. Petitioner attacks a judgment of conviction obtained in this Court on March 29, 2005, in Case Number CR298-53. Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court hereby Orders the United States Attorney to file an answer within thirty (30) days stating what records and documents need to be produced in order to fully respond to the motion. The government shall also include in this response its position regarding the need for expansion of the record authorized by Rule 7, evidentiary hearing authorized by Rule 8, and any additional discovery necessary as authorized by Rule 6 of the Rules Governing Section 2255 Proceedings.

The Clerk of Court is hereby authorized and directed to forward a copy of this Order and a copy of Petitioner's Motion for Relief to the Savannah Office of the United States Attorney for the Southern District of Georgia.

**SO ORDERED**, this 25th day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

BAILEY

)

vs )   CASE NUMBER CV205-122

USA

)   DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 6/23/05 , which is part of the official record of this case.

Date of Mailing: 6/23/05

Date of Certificate  [X] same date,   or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

<u>Name and Address</u>

Robert Bailey, 0966-021, FCI Estill, P.O. Box 699, Estill, SC 29918

☐ Copy placed in Minutes
☐ Copy given to Judge
[X] Copy given to Magistrate